UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>                         Plaintiff,<br><br>             v.<br><br>AMERICAN HOME ASSURANCE CO.,<br><br>                         Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 09-00403 |

**JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered opinions; now in conformity with those opinions, it is hereby

**ORDERED** that Defendant shall pay Plaintiff the unpaid antidumping duties secured by the subject bonds up to the face amount of those bonds; it is further

**ORDERED** that Defendant shall pay Plaintiff pre-judgment interest pursuant to 19 U.S.C. § 1505(d) up to the face amounts of the bonds covering entries in Court Nos. 09-00403 and 10-00343 identified in the Confidential Attachment to Plaintiff's Response to the Court's Request for Information (Feb. 6, 2015), ECF No. 113; it is further

**ORDERED** that Defendant shall pay Plaintiff pre-judgment interest pursuant to 19 U.S.C. § 580 on all moneys owed under the subject bonds at a rate of 6% per annum from the date those bonds became due to the date of entry of this judgment; and it is further

Consol. Court No. 09-00403 Page 2

**ORDERED** that Defendant shall pay Plaintiff post-judgment interest on all moneys owed pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment to the date of payment.

/s/ Leo M. Gordon
Judge Leo M. Gordon

Dated: August 19, 2015
New York, New York