# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-1088, 16-1090

**UNITED STATES,**

*Plaintiff - Appellant*

v.

**AMERICAN HOME ASSURANCE COMPANY,**

*Defendant - Cross-Appellant*

Appeals from the United States Court of International Trade in case nos. 1:09-cv-00403-LMG, 1:10-cv-00125-LMG, 1:10-cv-00175-LMG, 1:10-cv-00343-LMG Judge Leo M. Gordon

## MANDATE

In accordance with the judgment of this Court, entered May 26, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court